IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES L. ALEXANDER,

    Petitioner,

v.

REED A. RICHARDSON,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-346-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 11/27/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |